UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STEPHEN N. ODURO,

                Plaintiff,

      - against -                                  5:08-CV-0241 (NAM)

PYROTEK, INC.
                Defendant.

APPEARANCES:

STEPHEN N. ODURO
111 Parkview Avenue
Syracuse, New York 13207
Plaintiff *pro se*

NORMAN A. MORDUE, CHIEF JUDGE

ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 10th day of June 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections having been submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The action is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: July 1, 2008
      Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge